Honorable Natalie M. Cox
United States Bankruptcy Judge

NVB 1007−10 (Rev. 3/25)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ARIAEL MCDONALD

Debtor(s)

BK−26−16087−nmc
CHAPTER 7

ORDER ON DEBTOR'S CERTIFICATION OF EXIGENT CIRCUMSTANCES

Hearing Date:
Hearing Time:

On consideration of the Debtor's Certificate of Exigent Circumstances, and for good cause shown, **IT IS ORDERED** that:

☑ The debtor's request is DENIED for failure to comply with the Petition, Part 5, paragraph 15.

☐ The debtor's request is GRANTED, and the time within which the debtor must file a Certificate of Credit Counseling is extended for a period not to exceed thirty (30) days from the date the petition was filed.

☐ A hearing has been scheduled before a United States Bankruptcy Judge. Hearing information is as follows:
Hearing Date:
Hearing Time:

###